IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES CURTIS WILLIAMS,** **AIS 203899,** | : |
| Petitioner, | : |
| vs. | : CA 07-0682-CG-C |
| **TONY PATERSON, et al.,** | : |
| Respondents. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the court has determined that the analysis made by the Magistrate Judge is correct and the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 6, 2008, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 25th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE