IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES CURTIS WILLIAMS,** **AIS 203899,** | : |
| | : |
| Petitioner, | |
| | : |
| vs. | CA 07-0682-CG-C |
| | : |
| **TONY PATERSON, et al.,** | |
| | : |
| Respondents. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be denied based upon his failure to establish that his constitutional rights were violated.

**DONE and ORDERED** this 25th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE